IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

JASON CLYDE RASOR (01)

No. 4:26-MJ-__182__

## CRIMINAL COMPLAINT

I, Special Agent Lindsay Hogan, with the Federal Bureau of Investigation, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about December 28, 2025, **Jason Clyde Rasor**, the defendant, in the Northern District of Texas, did knowingly distribute child pornography using any means and facility of interstate and foreign commerce, namely the Internet. Specifically, **Rasor** distributed the following visual depiction:

| File Name | Description |
|---|---|
| VID_20251228_120921_693.mp4 | This 26-second video file depicts a prepubescent female child lying on her back on a blue blanket. The child is not wearing any underwear, revealing her genitals. An adult male inserts his penis into the prepubescent female child's vagina. |

I further state I am a Special Agent with the Federal Bureau of Investigations (FBI), and that this complaint is based on the following facts gathered by me:

### INTRODUCTION

1. I have been a Special Agent with the FBI since September 2021. During my time as a Special Agent, I have investigated cases involving computer-related criminal activity and violent crimes against children.

Criminal Complaint - Page 1 of 8

I am currently assigned to the FBI's Crimes Against Children Human Trafficking Task Force, in the Dallas- Fort Worth Division. As an FBI Special Agent, I am authorized to investigate violations relating to child exploitation and child pornography, including the production, transportation, receipt, distribution, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A, as well as the enticement and coercion of minors, in violation of 18 U.S.C. § 2422(b), sex trafficking of children by force, fraud, or coercion, in violation of 18 U.S.C. §§ 1591 and 1594, and the transportation of minors with intent to engage in criminal sexual activity, a violation of 18 U.S.C. § 2423(a). I have gained experience in conducting these investigations through training and through everyday work, including executing search warrants and interviewing individuals who sexually exploit and abuse minors and who possess and trade child pornography. I have also received FBI training in the investigation and enforcement of federal child pornography laws in which computers and other digital media are used as a means for receiving, transmitting, and storing child pornography.

2.   As a federal agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States. During such investigations, I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. I have been involved in many child exploitative investigations and am very familiar with the tactics used by child pornography offenders who collect and distribute child pornographic material and those who have contact sexual offenses with children.

3. I make this affidavit in support of criminal complaint charging **Rasor**, while in the Fort Worth Division of the Northern District of Texas, with a violation of 18 U.S.C. § 2252A(a)(2)(A), that is, distribution of child pornography. The statements contained in this affidavit are based on information provided by FBI Special Agents and other members of law enforcement. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause to believe that **Jason Clyde Rasor** did knowingly commit the offense described herein.

## FACTS SUPPORTING PROBABLE CAUSE

4. On or about January 20, 2026, Fort Worth Police Department Detective Christoffer Beckrich notified Your Affiant about Cybertipline Report # 226731613, generated by Electronic Service Provider "Platform A"[1], involving the upload of suspected child sexual abuse material[2] from a Platform A's messenger account[3].

5. Cybertipline Report # 226731613, received by the National Center of Missing and Exploited Children (NCMEC) on or about December 30, 2025, 04:07:57 UTC, referenced the upload of 26 files depicting prepubescent children, some of which depicted sex acts involving prepubescent children, that were uploaded from Internet

---

[1] Due to ongoing investigation related to this case, I have redacted the name of the social media platform to "Platform A."
[2] For purposes of this affidavit, "child sexual abuse material," or CSAM, has the same meaning as the term "child pornography" as defined in 18 U.S.C. § 2256.
[3] Platform A is a free instant messaging mobile account that uses the Internet to allow users to send and receive instant messages, photos and videos.

**Criminal Complaint - Page 3 of 8**

Protocol (IP) address 162.231.8.225 (Port 34624) between on or about December 26, 2025 to December 29, 2025. I reviewed the uploaded files, one of which is described as follows:

| Filename | File Description |
|---|---|
| 7aa8758e-391c-4485-8e7f-1e1a37e80200.mp4 | This 26-second video file depicts a prepubescent female child lying on her back on a blue blanket. The child is not wearing any underwear, revealing her genitals. An adult male inserts his penis into the prepubescent female child's vagina. |

    6.    Platform A reported the suspected account information associated with the uploads as:

- Email Address: jsl[redacted]@gmail.com
- Username: clide0782
- ESP User ID: clide0728_co9

    7.    On February 3, 2026, a subpoena was sent to Google requesting subscriber information associated with email address jsl[redacted]@gmail.com. The same day, Google provided responsive results, which are summarized below:

- Name: Jay Slide
- Recovery SMS: [redacted]-8336
- Android Device Account Identifiers
    - Users: jra[redacted]@gmail.com; jsl[redacted]@gmail.com

    8.    Queries of law enforcement databases revealed the phone number [redacted]-8336 is associated with **Jason Rasor** and has been since approximately August 2022.

9. The IP address associated with the CyberTipline Report resolved to Fort Worth, Texas, and the Internet Service Provider (ISP) was AT&T Residential. On or about January 30, 2026, Agents served an administrative subpoena to AT&T, Inc., requesting basic subscriber information pertaining to the account utilizing IP Address 162.231.8.225 from December 26, 2025 to December 30, 2025.

10. On February 12, 2026, AT&T, Inc. provided responsive results, which are summarized below:

- Account Name: Earthlink Hyperlink
- Billing Address: 833 Fox Hunt Trl Ste, El Paso, Texas
- Account Creation: October 23, 2021
- Service Information
    - Name: B[redacted] Rasorra Spi-Risk 3
    - Service Address: [redacted] Fox Hunt Trl, Fort Worth, Texas
- IP Usage Start Date: February 10, 2025 01:15 PM UTC
- IP Usage End: December 31, 2025 04:59 AM UTC

11. On February 3, 2026, a Northern District of Texas federal magistrate judge issued search warrant number 4:26-MJ-069, authorizing the search and seizure of information associated with the Platform A account associated with js[redacted]@gmail.com, hereafter SUBJECT ACCOUNT, for evidence related to the transportation of child pornography.

12. On February 4, 2026, Platform A provided responsive information. The SUBJECT ACCOUNT contained numerous sexually explicit images and videos depicting individuals engaged in sex acts, including 24 of the files referenced in the CyberTipline report. One of which is described below:

| File Name | File Description |
|---|---|
| 7aa8758e-391c-4485-8e7f-1e1a37e80200.mp4 | This 26-second video file depicts a prepubescent female child lying on her back on a blue blanket. The child is not wearing any underwear, revealing her genitals. An adult male inserts his penis into the prepubescent female child's vagina. |

13. Per the Platform A return, the above file was sent from SUBJECT ACCOUNT to an unknown user on December 28, 2025.

14. Also contained in the SUBJECT ACCOUNT was a selfie-style photo of an adult male with dark hair and a dark beard. A Texas Department of Public Safety records check revealed the selfie-style photo found in the SUBJECT ACCOUNT is visually similar to the photo depicted on the Texas driver license belonging to **Rasor**.

15. On March 6, 2026, your Affiant and other law enforcement personnel served search warrant 4:26-MJ-153, issued in the Northern District of Texas, for **Rasor's** residence located at [redacted] Fox Run Trail, Fort Worth, Tarrant County, Texas. **Rasor** was present and agreed to speak with investigators. Your Affiant advised **Rasor** of his *Miranda* rights, which **Rasor** acknowledged understanding and agreed to speak with investigators.

16. Rasor claimed ownership of the email address, jsl[redacted]@gmail.com, associated with the SUBJECT ACCOUNT. He recalled using Platform A previously but advised he was no longer using the application.

17.   **Rasor** admitted to trading pictures and videos depicting child pornography and saving the images and videos to his cellular telephone while in his bedroom at his home, which is located in Fort Worth, Texas, in the Northern District of Texas.

18.   Agents found **Rasor's** cellphone in his bedroom of the residence. **Rasor** provided his password to access his phone and the locked folder in his photo album. Agents conducted an on-scene review of **Rasor's** phone and observed numerous video files depicting child pornography in the locked folder of the photo album including the video file named "VID_20251228_120921_693.mp4" the contents of which is described in paragraphs six and 12.

19.   These files appear to depict real children who are engaged in sexually explicit conduct, and based on my training and experience, I submit that the files meet the federal definition of child pornography found in 18 U.S.C. § 2256.

20.   I am aware that in order for **Rasor** to have distributed the video file previously referenced, he had to use the Internet. I am also aware that the Internet is a means and facility of interstate and foreign commerce.

## Conclusion

21.   Based on the foregoing facts and circumstances, there is probable cause to believe that on December 28, 2025, in the Northern District of Texas, **Jason Clyde Rasor**, knowingly distributed child pornography using any means and facility of interstate and foreign commerce, namely the Internet, in violation of 18 U.S.C. § 2252A(a)(2)(A).

22. In consideration of the above, I respectfully request the Court issue a warrant authorizing the arrest of **Jason Clyde Rasor**.

*[signature: Lindsay Hogan]*
Special Agent Lindsay Hogan
Federal Bureau of Investigation

Sworn to me, over the telephone or other electronic means, and signed by me pursuant to Fed.R.Crim.P. 4.1 on this ___6th___ day of March 2026 at _3:10_ p.m. in Fort Worth, Texas.

*[signature: J. Cureton]*
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE